**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-1778**

————————————

MICHAEL L. PACK,

                              Plaintiff - Appellant,

        versus

MAUREEN   WALSH   DAVID,   Assistant   Attorney
General,

                              Defendant - Appellee.

————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:07-cv-02004-RDB)

————————————

Submitted:  October 11, 2007        Decided:  October 15, 2007

————————————

Before MICHAEL and SHEDD, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Michael L. Pack, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Pack appeals the district court's order dismissing his civil rights complaint under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See <u>Pack v. David</u>, No. 1:07-cv-02004-RDB (D. Md. Aug. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>